**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1803**

ERN REYNOLDS,

            Plaintiff - Appellant,

      v.

CITY OF ROANOKE,

            Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:10-cv-00260-JCT)

Submitted:  December 12, 2011      Decided:  December 22, 2011

Before KING and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ern Reynolds, Appellant Pro Se.  David Lee Collins, OFFICE OF THE CITY ATTORNEY FOR THE CITY OF ROANOKE, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ern Reynolds appeals the district court's orders dismissing his action alleging various constitutional violations with respect to application of zoning ordinances and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reynolds v. City of Roanoke, No. 7:10-cv-00260-JCT (W.D. Va. July 13, 2011; July 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED